SHEREE SHANA CARTER
114 SILVER RIDGE LN
PEARL, MS 39208

CONTINENTAL FINANCE
PO BOX 8099
NEWARK, DE 19714-8099

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT ACCEPTANCE
P.O. BOX 5070
SOUTHFIELD, MI 48086

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-508

CREDIT FRESH
109 E MAIN ST
WEIR, KS 66781

KHEAA
ATTN: BANKRUPTCY
PO BOX 798
FRANKFORT, KY 40602

BANCORPSOUTH
PO BOX 3370
TUPELO, MS 38803-3370

CREDIT ONE BANK
ATTN: BANKRUPTCY
PO BOX 98873
LAS VEGAS, NV 89193

MERIT HEALTH
P.O. BOX 281441
ATLANTA, GA 30304

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

ENDODONTICS ASSOC.
1390 W GOVERNMENT ST
STE B
BRANDON, MS 39042

MIDLAND FUNDING
320 E BIG BEAVER
STE 300
TROY, MI 48083

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

FORTIVA
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

MILESTONE
P.O. BOX 4499
BEAVERTON, OR 97076

CENTERPOINT ENERGY
P.O. BOX 1700
HOUSTON, TX 77251

GM FINANCIAL
PO BOX 181145
ARLINGTON, TX 76096-1145

MILESTONE PARRISH
100 LAKESIDE DR.
STE 150
HORSHAM, PA 19044

COMCAST
220 LAKERIDGE DRIVE SE
SMYRNA, GA 30082

HOLMES COMMUNITY COLLE
412 W RIDGELAND AVE
RIDGELAND, MS 39157

MISSION LANE LLC
ATTN: BANKRUPTCY
P.O. BOX 105286
ATLANTA, GA 30348

COMENITY
PO BOX 182273
COLUMBUS, OH 43218-2273

HUNTER WARFIELD
3111 W MARTIN LUTHER
TAMPA, FL 33607

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

MONEY LION
P.O. BOX 1547
SANDY, UT 84091

STONEBERRY
PO BOX 2820
MONROE, WI 53566-8020

ZUILLY
P.O. BOX 530993
ATLANTA, GA 30353

OLLO CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 9222
OLD BETHPAGE, NY 11804

SUNBIT
P.O. BOX 841238
LOS ANGELES, CA 90084

PAYTIENT
3601 ENDEAVOR AVE
STE 109
COLUMBIA, MO 65201

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

TARGET NB
MAILSTOP BT
PO BOX 9475
MINNEAPOLIS, MN 55440

REGIONS BANK
PO BOX 10063
BIRMINGHAM, AL 35202-0063

THE WINNING SMILE
PO BOX 315
BRANDON, MS 39043

ROGER CARTER
1347 OLD WHITFILED RD
PEARL, MS 39208

TILT
9169 W H ST
STE 499
GARDEN CITY, ID 83714

SEED FINANCIAL/SEEDFI
ATTN: BANKRUPTCY
548 MARKET ST.
PMB 33447
SAN FRANCISCO, CA 94104

TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072

SEZZLE
251 N 1ST AVE
MINNEAPOLIS, MN 55401

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

SMITH ROUCHON
1456 ELLIS AVE.
JACKSON, MS 39204

ZIP, INC.
PMB 59872
NEW YORK, NY 10003-1502