**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Sheree Shana Carter, Debtor**                    **Case No. 26-01050-JAW**
                                                                                                    **CHAPTER 7**

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1.      That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1). This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2.      That on 04/15/2026, Debtor filed the petition for relief under Chapter 7 in the instant cause.

3.      That on or about 5/15/2023 Debtor filed a Chapter 13 proceeding, case number 23-01130 and said case dismissed on 1/9/2026.

4.      That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5.      That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 7 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

                                                            Respectfully submitted,

                                                            /s/ Thomas C. Rollins, Jr.
                                                            Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on April 16, 2026, to:

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Sheree Shana Carter, Debtor**                    **Case No. 26-01050-JAW**
                                                                                       **CHAPTER 7**

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on April 15, 2026.

4. I previously filed bankruptcy case number 23-01130 under Chapter 13 on 5/15/2023 and that case was dismissed on 1/9/2026.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

   • Failure to file or amend the petition or other required documents without substantial excuse;
   • failure to provide adequate protection as ordered by the Court; or
   • failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a discharge under chapter 7.

8. Those changes are as follows:

   My last case was dismissed due to unemployment.  I am now re-employed but qualify for chapter 7 based on my current income.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 4/15/2026                              /s/ Sheree Shana Carter
                                                                  Sheree Shana Carter

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHEREE SHANA CARTER

CASE NO: 26-01050-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 4/16/2026, I did cause a copy of the following documents, described below,

Motion to Extend w Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHEREE SHANA CARTER

CASE NO: 26-01050-JAW

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 4/16/2026, a copy of the following documents, described below,

Motion to Extend w Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/16/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-01050-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
THU APR 16 6-56-48 PST 2026

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

ATT
PO BOX 5087
CAROL STREAM  IL 60197-5087


BANCORPSOUTH
PO BOX 3370
TUPELO  MS 38803-3370

CAPITAL ONE
PO BOX 60599
CITY OF INDUS  CA 91716-0599

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO  IL 60604-2863


(P)CENTERPOINT ENERGY
PO BOX 1700
HOUSTON TX 77251-1700

COMCAST
220 LAKERIDGE DRIVE SE
SMYRNA  GA 30082-5244

COMENITY
PO BOX 182273
COLUMBUS  OH 43218-2273


(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT ACCEPTANCE
PO BOX 5070
SOUTHFIELD  MI 48086-5070

(P)CREDIT FRESH
200 CONTINENTAL DRIVE SUITE 401
NEWARK DE 19713-4337


CREDIT ONE BANK
ATTN BANKRUPTCY
PO BOX 98873
LAS VEGAS  NV 89193-8873

ENDODONTICS ASSOC
1390 W GOVERNMENT ST
STE B
BRANDON  MS 39042-3273

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA  GA 30348-5555


GM FINANCIAL
PO BOX 181145
ARLINGTON  TX 76096-1145

HOLMES COMMUNITY COLLE
412 W RIDGELAND AVE
RIDGELAND  MS 39157-1899

HUNTER WARFIELD
3111 W MARTIN LUTHER
TAMPA  FL 33607


INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

(P)KHEAA
ATTN MILES F JUSTICE
100 AIRPORT RD
FRANKFORT KY 40601-6161


MERIT HEALTH
PO BOX 281441
ATLANTA  GA 30384-1441

MIDLAND FUNDING
320 E BIG BEAVER
STE 300
TROY  MI 48083-1271

MILESTONE
PO BOX 4499
BEAVERTON  OR 97076-4499


MILESTONE PARRISH
100 LAKESIDE DR
STE 150
HORSHAM  PA 19044-2354

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MONEY LION
PO BOX 1547
SANDY  UT 84091-1547

OLLO CARD SERVICES
ATTN BANKRUPTCY
PO BOX 9222
OLD BETHPAGE  NY 11804-9222

PAYTIENT
3601 ENDEAVOR AVE
STE 109
COLUMBIA  MO 65201-8354

(P)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

REGIONS BANK
PO BOX 10063
BIRMINGHAM  AL 35202-0063

ROGER CARTER
1347 OLD WHITFILED RD
PEARL  MS 39208-9612

SEED FINANCIALSEEDFI
ATTN BANKRUPTCY
548 MARKET ST
PMB 33447
SAN FRANCISCO  CA 94104-5401

(P)SEZZLE INC
BANKRUPTCY DEPARTMENT
700 NICOLLET MALL
STE 640
MINNEAPOLIS MN 55402-2050

SMITH ROUCHON
1456 ELLIS AVE
JACKSON  MS 39204-2204

STONEBERRY
PO BOX 2820
MONROE  WI 53566-8020

(P)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO  FL 32896-5060

TARGET NB
MAILSTOP BT
PO BOX 9475
MINNEAPOLIS  MN 55440-9475

THE WINNING SMILE
PO BOX 315
BRANDON  MS 39043-0315

TILT
9169 W H ST
STE 499
GARDEN CITY  ID 83714

EXCLUDE

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

ZIP  INC
PMB 59872
NEW YORK  NY 10003-1502

ZUILLY
PO BOX 530993
ATLANTA  GA 30353-0993

(P)EILEEN N SHAFFER
P O BOX 1177
JACKSON MS 39215-1177

DEBTOR

SHEREE SHANA CARTER
114 SILVER RIDGE LN
PEARL  MS 39208-5077

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767