United States Bankruptcy Court

Southern District of Mississippi

In re:

Sheree Shana Carter

     Debtor

Case No. 26-01050-JAW

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3       User: mssbad       Page 1 of 3

Date Rcvd: Apr 17, 2026       Form ID: hn006jaw       Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Sheree Shana Carter, 114 Silver Ridge Ln, Pearl, MS 39208-5077 |
| 5652535 | + | Endodontics Assoc., 1390 W Government St, STe B, Brandon, MS 39042-3273 |
| 5652538 | + | Holmes Community Colle, 412 W Ridgeland Ave, Ridgeland, MS 39157-1899 |
| 5652539 | | Hunter Warfield, 3111 W Martin Luther, Tampa, FL 33607 |
| 5652543 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5652554 | + | Roger Carter, 1347 Old Whitfiled Rd, Pearl, MS 39208-9612 |
| 5652562 | + | The Winning Smile, PO Box 315, Brandon, MS 39043-0315 |
| 5652563 | | Tilt, 9169 W H St, Ste 499, Garden City, ID 83714 |
| 5652566 | | Zip, Inc., PMB 59872, New York, NY 10003-1502 |
| 5652567 | + | Zuilly, P.O. Box 530993, Atlanta, GA 30353-0993 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5652524 | | Email/Text: g17768@att.com | Apr 17 2026 19:24:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5652525 | | Email/Text: bankruptcy@cadencebank.com | Apr 17 2026 19:24:00 | BancorpSouth, PO Box 3370, Tupelo, MS 38803-3370 |
| 5652528 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Apr 17 2026 19:25:00 | CenterPoint Energy, P.O. Box 1700, Houston, TX 77251 |
| 5652531 | | Email/Text: cfcbackoffice@contfinco.com | Apr 17 2026 19:24:00 | Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5652533 | | Email/Text: bankruptcy@creditfresh.com | Apr 17 2026 19:24:00 | Credit Fresh, 109 E Main St, Weir, KS 66781 |
| 5652526 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 19:22:10 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5652527 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 17 2026 19:24:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5652529 | + | Email/Text: documentfiling@lciinc.com | Apr 17 2026 19:24:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 5652530 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2026 19:25:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5652532 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 17 2026 19:24:00 | Credit Acceptance, P.O. Box 5070, Southfield, MI 48086-5070 |
| 5652534 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 17 2026 19:32:31 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5652536 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 17 2026 19:24:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5652537 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

District/off: 0538-3 User: mssbad Page 2 of 3

Date Rcvd: Apr 17, 2026 Form ID: hn006jaw Total Noticed: 45

| | | | Time | Address |
|---|---|---|---|---|
| 5652541 | + | Email/Text: ebone.woods@usdoj.gov | Apr 17 2026 19:24:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5652540 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2026 19:25:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5652542 | | Email/Text: legaldivision@kheaa.com | Apr 17 2026 19:24:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5652547 | | Email/Text: ml-ebn@missionlane.com | Apr 17 2026 19:24:00 | KHEAA, Attn: Bankruptcy, Po Box 798, Frankfort, KY 40602 |
| 5652548 | | Email/Text: EBN@Mohela.com | Apr 17 2026 19:24:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5652544 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2026 19:24:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5652545 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 17 2026 19:25:00 | Midland Funding, 320 E Big Beaver, Ste 300, Troy, MI 48083-1271 |
| 5652546 | + | Email/Text: complianceservices@emergentbg.com | Apr 17 2026 19:25:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5652549 | + | Email/Text: bankruptcy@moneylion.com | Apr 17 2026 19:25:00 | Milestone Parrish, 100 Lakeside Dr., Ste 150, Horsham, PA 19044-2354 |
| 5652550 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 19:25:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5652552 | | Email/Text: bankruptcy@possiblefinance.com | Apr 17 2026 19:22:11 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5652551 | ^ | MEBN | Apr 17 2026 19:24:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 5652553 | | Email/Text: newbk@Regions.com | Apr 17 2026 19:21:14 | Paytient, 3601 Endeavor Ave, Ste 109, Columbia, MO 65201-8354 |
| 5652556 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Apr 17 2026 19:25:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5652559 | | Email/Text: bankruptcy@sunbit.com | Apr 17 2026 19:24:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| 5652555 | + | Email/Text: bankruptcy@creditkarma.com | Apr 17 2026 19:24:00 | Sunbit, P.O. Box 841238, Los Angeles, CA 90084 |
| 5652557 | + | Email/Text: Tracey@sra-inc.net | Apr 17 2026 19:24:00 | Seed Financial/SeedFi, Attn: Bankruptcy, 548 Market St., Pmb 33447, San Francisco, CA 94104-5401 |
| 5652558 | | Email/Text: bankruptcy@sccompanies.com | Apr 17 2026 19:25:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5652560 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 19:25:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 5652564 | | Email/Text: bankruptcynotices@trustmark.com | Apr 17 2026 19:22:13 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5652561 | + | Email/Text: bncmail@w-legal.com | Apr 17 2026 19:24:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5652565 | ^ | MEBN | Apr 17 2026 19:25:00 | Target Nb, Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| | | | Apr 17 2026 19:21:03 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 17, 2026 | Form ID: hn006jaw | Total Noticed: 45 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheree Shana Carter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form hn006jaw (07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Sheree Shana Carter**

                                                  **CASE NO. 26–01050–JAW**

       **DEBTOR.**                                                   **CHAPTER 7**

### NOTICE OF HEARING AND DEADLINES

The Debtor has filed a Motion to Extend Automatic Stay (the "Motion") (Dkt. #8) with the Court in the above–styled case.

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on May 11, 2026, at 01:30 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before May 6, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001–1(e)(1)(B) or 4001–1(f)(1)(A), the Court may grant the Motion without conducting a Hearing.

    Dated: 4/17/26                                       Danny L. Miller, Clerk of Court
                                                        U.S. Bankruptcy Court
                                                        Thad Cochran U.S. Courthouse
      501 E. Court Street
      Suite 2.300
      Jackson, MS 39201
      601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX