Certificate Number: 17082-MSS-DE-040921498

Bankruptcy Case Number: 26-01050



17082-MSS-DE-040921498

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2026, at 12:37 o'clock PM MST, SHEREE CARTER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   April 30, 2026                    By:      /s/Orsolya K Lazar

                                          Name:  Orsolya K Lazar

                                          Title:   Executive Director