United States Bankruptcy Court

Southern District of Mississippi

In re:

Sheree Shana Carter

    Debtor

Case No. 26-01050-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: pdf012 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheree Shana Carter, 114 Silver Ridge Ln, Pearl, MS 39208-5077 |
| 5652535 | + | Endodontics Assoc., 1390 W Government St, STe B, Brandon, MS 39042-3273 |
| 5652538 | + | Holmes Community Colle, 412 W Ridgeland Ave, Ridgeland, MS 39157-1899 |
| 5652539 | | Hunter Warfield, 3111 W Martin Luther, Tampa, FL 33607 |
| 5652543 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5652554 | + | Roger Carter, 1347 Old Whitfiled Rd, Pearl, MS 39208-9612 |
| 5652562 | + | The Winning Smile, PO Box 315, Brandon, MS 39043-0315 |
| 5652563 | | Tilt, 9169 W H St, Ste 499, Garden City, ID 83714 |
| 5652566 | | Zip, Inc., PMB 59872, New York, NY 10003-1502 |
| 5652567 | + | Zuilly, P.O. Box 530993, Atlanta, GA 30353-0993 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5652524 | | Email/Text: g17768@att.com | May 07 2026 19:54:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5652525 | | Email/Text: bankruptcy@cadencebank.com | May 07 2026 19:54:00 | BancorpSouth, PO Box 3370, Tupelo, MS 38803-3370 |
| 5652528 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | May 07 2026 19:54:00 | CenterPoint Energy, P.O. Box 1700, Houston, TX 77251 |
| 5652531 | | Email/Text: cfcbackoffice@contfinco.com | May 07 2026 19:54:00 | Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5652533 | | Email/Text: bankruptcy@creditfresh.com | May 07 2026 19:54:00 | Credit Fresh, 109 E Main St, Weir, KS 66781 |
| 5652526 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2026 19:55:05 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5652527 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 07 2026 19:54:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5652529 | + | Email/Text: documentfiling@lciinc.com | May 07 2026 19:54:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 5652530 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 19:54:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5652532 | + | Email/Text: ebnnotifications@creditacceptance.com | May 07 2026 19:54:00 | Credit Acceptance, P.O. Box 5070, Southfield, MI 48086-5070 |
| 5652534 | + | Email/PDF: creditonebknotifications@resurgent.com | May 07 2026 19:55:01 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5652536 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 07 2026 19:54:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5652537 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

District/off: 0538-3 | User: mssbad | Page 2 of 3

Date Rcvd: May 07, 2026 | Form ID: pdf012 | Total Noticed: 45

| | | | | |
|---|---|---|---|---|
| | | | May 07 2026 19:54:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5652541 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | May 07 2026 19:54:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5652540 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 07 2026 19:54:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5652542 | | Email/Text: legaldivision@kheaa.com | | |
| | | | May 07 2026 19:54:00 | KHEAA, Attn: Bankruptcy, Po Box 798, Frankfort, KY 40602 |
| 5652547 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | May 07 2026 19:54:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5652548 | | Email/Text: EBN@Mohela.com | | |
| | | | May 07 2026 19:54:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5652544 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 07 2026 19:54:00 | Midland Funding, 320 E Big Beaver, Ste 300, Troy, MI 48083-1271 |
| 5652545 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | May 07 2026 19:54:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5652546 | + | Email/Text: complianceservices@emergentbg.com | | |
| | | | May 07 2026 19:54:00 | Milestone Parrish, 100 Lakeside Dr., Ste 150, Horsham, PA 19044-2354 |
| 5652549 | + | Email/Text: bankruptcy@moneylion.com | | |
| | | | May 07 2026 19:54:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5652550 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 07 2026 19:54:56 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5652552 | | Email/Text: bankruptcy@possiblefinance.com | | |
| | | | May 07 2026 19:54:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 5652551 | ^ | MEBN | | |
| | | | May 07 2026 19:47:01 | Paytient, 3601 Endeavor Ave, Ste 109, Columbia, MO 65201-8354 |
| 5652553 | | Email/Text: newbk@Regions.com | | |
| | | | May 07 2026 19:54:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5652556 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |
| | | | May 07 2026 19:54:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| 5652559 | | Email/Text: bankruptcy@sunbit.com | | |
| | | | May 07 2026 19:54:00 | Sunbit, P.O. Box 841238, Los Angeles, CA 90084 |
| 5652555 | + | Email/Text: bankruptcy@creditkarma.com | | |
| | | | May 07 2026 19:54:00 | Seed Financial/SeedFi, Attn: Bankruptcy, 548 Market St., Pmb 33447, San Francisco, CA 94104-5401 |
| 5652557 | + | Email/Text: Tracey@sra-inc.net | | |
| | | | May 07 2026 19:54:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5652558 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | May 07 2026 19:54:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 5652560 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 07 2026 19:54:55 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5652564 | | Email/Text: bankruptcynotices@trustmark.com | | |
| | | | May 07 2026 19:54:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5652561 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 07 2026 19:54:00 | Target Nb, Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5652565 | ^ | MEBN | | |
| | | | May 07 2026 19:46:45 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: May 07, 2026 | Form ID: pdf012 | Total Noticed: 45 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                           Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheree Shana Carter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Sheree Shana Carter, Debtor**                      **Case No. 26-01050-JAW**
                                                                                            **CHAPTER 7**

## ORDER ON MOTION TO EXTEND AUTOMATIC STAY

ON THIS DATE the Court considered the Motion for Extension of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. # 8 ) filed by the Debtor(s) and its "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. # 9 ) The Hearing Notice included an objection deadline, and provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Motion filed by the Debtor(s) is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B).

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR