**United States Bankruptcy Court**
**Southern District of Mississippi**

In re   **Sheree Shana Carter**                                 Case No.   **26-01050**
                                      Debtor(s)            Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **May 21, 2026**                    **/s/ Sheree Shana Carter**
                                          **Sheree Shana Carter**
                                          Signature of Debtor

SHEREE SHANA CARTER
114 SILVER RIDGE LN
PEARL, MS 39208

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-508

BANCORPSOUTH
PO BOX 3370
TUPELO, MS 38803-3370

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

CENTERPOINT ENERGY
P.O. BOX 1700
HOUSTON, TX 77251

COMCAST
220 LAKERIDGE DRIVE SE
SMYRNA, GA 30082

COMENITY
PO BOX 182273
COLUMBUS, OH 43218-2273

CONTINENTAL FINANCE
PO BOX 8099
NEWARK, DE 19714-8099

CREDIT ACCEPTANCE
P.O. BOX 5070
SOUTHFIELD, MI 48086

CREDIT FRESH
109 E MAIN ST
WEIR, KS 66781

CREDIT ONE BANK
ATTN: BANKRUPTCY
PO BOX 98873
LAS VEGAS, NV 89193

ENDODONTICS ASSOC.
1390 W GOVERNMENT ST
STE B
BRANDON, MS 39042

FORTIVA
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

GM FINANCIAL
PO BOX 181145
ARLINGTON, TX 76096-1145

HOLMES COMMUNITY COLLE
412 W RIDGELAND AVE
RIDGELAND, MS 39157

HUNTER WARFIELD
3111 W MARTIN LUTHER
TAMPA, FL 33607

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

KEY DENTAL GROUP ***
181 DOCTORS DRIVE
PEARL, MS 39208

KHEAA
ATTN: BANKRUPTCY
PO BOX 798
FRANKFORT, KY 40602

MERIT HEALTH
P.O. BOX 281441
ATLANTA, GA 30304

MIDLAND FUNDING
320 E BIG BEAVER
STE 300
TROY, MI 48083

MILESTONE
P.O. BOX 4499
BEAVERTON, OR 97076

MILESTONE PARRISH
100 LAKESIDE DR.
STE 150
HORSHAM, PA 19044

MISSION LANE LLC
ATTN: BANKRUPTCY
P.O. BOX 105286
ATLANTA, GA 30348

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

MONEY LION
P.O. BOX 1547
SANDY, UT 84091

OLLO CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 9222
OLD BETHPAGE, NY 11804

PAYTIENT
3601 ENDEAVOR AVE
STE 109
COLUMBIA, MO 65201

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

REGIONS BANK
PO BOX 10063
BIRMINGHAM, AL 35202-0063

ROGER CARTER
1347 OLD WHITFILED RD
PEARL, MS 39208

SEED FINANCIAL/SEEDFI
ATTN: BANKRUPTCY
548 MARKET ST.
PMB 33447
SAN FRANCISCO, CA 94104

SEZZLE
251 N 1ST AVE
MINNEAPOLIS, MN 55401

SMITH ROUCHON
1456 ELLIS AVE.
JACKSON, MS 39204

STONEBERRY
PO BOX 2820
MONROE, WI 53566-8020

SUNBIT
P.O. BOX 841238
LOS ANGELES, CA 90084

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

TARGET NB
MAILSTOP BT
PO BOX 9475
MINNEAPOLIS, MN 55440

THE WINNING SMILE
PO BOX 315
BRANDON, MS 39043

TILT
9169 W H ST
STE 499
GARDEN CITY, ID 83714

TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

ZIP, INC.
PMB 59872
NEW YORK, NY 10003-1502

ZUILLY
P.O. BOX 530993
ATLANTA, GA 30353