UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                Bankr. Case No. 26-01050-JAW-7

Sheree Shana Carter                                                                      Chapter 7
      Debtor(s)

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By   /s/   Mandy Youngblood
_____

 Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                    Bankr. Case No. 26-01050-JAW-7

Sheree Shana Carter                                                        Chapter 7

     Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on April 29, 2026 :

| | |
|---|---|
| Thomas Carl Rollins, Jr<br>PO BOX 13767<br>Jackson, MS 39236 | Eileen N. Shaffer<br>P.O. Box 1177<br>Jackson, MS 39215 |

By  /s/  Mandy Youngblood
              Mandy Youngblood

xxxxx75228 / 1132190