United States Bankruptcy Court

Southern District of Mississippi

In re:                                                       Case No. 26-01050-JAW

Sheree Shana Carter                               Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: 318 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheree Shana Carter, 114 Silver Ridge Ln, Pearl, MS 39208-5077 |
| 5652535 | + | Endodontics Assoc., 1390 W Government St, STe B, Brandon, MS 39042-3273 |
| 5652538 | + | Holmes Community Colle, 412 W Ridgeland Ave, Ridgeland, MS 39157-1899 |
| 5652539 | | Hunter Warfield, 3111 W Martin Luther, Tampa, FL 33607 |
| 5678499 | + | Key Dental Group, 181 Doctors Drive, Pearl, MS 39208-4042 |
| 5652543 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5652554 | + | Roger Carter, 1347 Old Whitfiled Rd, Pearl, MS 39208-9612 |
| 5652562 | + | The Winning Smile, PO Box 315, Brandon, MS 39043-0315 |
| 5652563 | | Tilt, 9169 W H St, Ste 499, Garden City, ID 83714 |
| 5652566 | | Zip, Inc., PMB 59872, New York, NY 10003-1502 |
| 5652567 | + | Zuilly, P.O. Box 530993, Atlanta, GA 30353-0993 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jul 28 2026 23:38:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: bk@szjlaw.com | Jul 28 2026 19:36:00 | Credit Acceptance Corp., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 5682496 | | EDI: PHINAMERI.COM | Jul 28 2026 23:38:00 | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5652524 | | EDI: ATTWIREBK.COM | Jul 28 2026 23:38:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5652525 | | Email/Text: bankruptcy@cadencebank.com | Jul 28 2026 19:36:00 | BancorpSouth, PO Box 3370, Tupelo, MS 38803-3370 |
| 5652528 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Jul 28 2026 19:36:00 | CenterPoint Energy, P.O. Box 1700, Houston, TX 77251 |
| 5652531 | | Email/Text: cfcbackoffice@contfinco.com | Jul 28 2026 19:36:00 | Continental Finance, PO Box 8099, Newark, DE 19714-8099 |
| 5652533 | | Email/Text: bankruptcy@creditfresh.com | Jul 28 2026 19:35:00 | Credit Fresh, 109 E Main St, Weir, KS 66781 |
| 5652526 | | EDI: CAPITALONE.COM | Jul 28 2026 23:38:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5652527 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 28 2026 19:35:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5652529 | + | EDI: COMCASTCBLCENT | Jul 28 2026 23:38:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 5652530 | | EDI: WFNNB.COM | | |

District/off: 0538-3        User: mssbad        Page 2 of 3

Date Rcvd: Jul 28, 2026        Form ID: 318        Total Noticed: 49

| | | | Jul 28 2026 23:38:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
|---|---|---|---|---|
| 5652532 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 28 2026 19:35:00 | Credit Acceptance, P.O. Box 5070, Southfield, MI 48086-5070 |
| 5652534 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 28 2026 19:44:38 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5652536 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 28 2026 19:35:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5652537 | | EDI: PHINAMERI.COM | Jul 28 2026 23:38:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5652541 | + | Email/Text: ebone.woods@usdoj.gov | Jul 28 2026 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5652540 | | EDI: IRS.COM | Jul 28 2026 23:38:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5652542 | | Email/Text: legaldivision@kheaa.com | Jul 28 2026 19:36:00 | KHEAA, Attn: Bankruptcy, Po Box 798, Frankfort, KY 40602 |
| 5652547 | | Email/Text: ml-ebn@missionlane.com | Jul 28 2026 19:35:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5652548 | | Email/Text: EBN@Mohela.com | Jul 28 2026 19:36:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5652544 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2026 19:36:00 | Midland Funding, 320 E Big Beaver, Ste 300, Troy, MI 48083-1271 |
| 5652545 | + | EDI: PHINGENESIS | Jul 28 2026 23:38:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5652546 | + | Email/Text: complianceservices@emergentbg.com | Jul 28 2026 19:36:00 | Milestone Parrish, 100 Lakeside Dr., Ste 150, Horsham, PA 19044-2354 |
| 5652549 | + | Email/Text: bankruptcy@moneylion.com | Jul 28 2026 19:36:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5652550 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 19:44:40 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5652552 | | Email/Text: bankruptcy@possiblefinance.com | Jul 28 2026 19:35:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 5652551 | ^ | MEBN | Jul 28 2026 19:35:18 | Paytient, 3601 Endeavor Ave, Ste 109, Columbia, MO 65201-8354 |
| 5652553 | | Email/Text: newbk@Regions.com | Jul 28 2026 19:36:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5652556 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 28 2026 19:35:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| 5652559 | | Email/Text: bankruptcy@sunbit.com | Jul 28 2026 19:35:00 | Sunbit, P.O. Box 841238, Los Angeles, CA 90084 |
| 5652555 | + | Email/Text: bankruptcy@creditkarma.com | Jul 28 2026 19:36:00 | Seed Financial/SeedFi, Attn: Bankruptcy, 548 Market St., Pmb 33447, San Francisco, CA 94104-5401 |
| 5652557 | + | Email/Text: Tracey@sra-inc.net | Jul 28 2026 19:36:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5652558 | | EDI: CBS7AVE | Jul 28 2026 23:38:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 5652560 | | EDI: SYNC | Jul 28 2026 23:38:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5652564 | | Email/Text: bankruptcynotices@trustmark.com | Jul 28 2026 19:36:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5652561 | + | EDI: WTRRNBANK.COM | Jul 28 2026 23:38:00 | Target Nb, Mailstop BT, PO Box 9475, |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 28, 2026 | Form ID: 318 | Total Noticed: 49 |

Minneapolis, MN 55440-9475

5652565          ^  MEBN

Jul 28 2026 19:35:08        US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheree Shana Carter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Sheree Shana Carter** | Social Security number or ITIN   **xxx–xx–6146** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **26–01050–JAW** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Sheree Shana Carter**
aka Sheree Shange Carter

Dated: 7/28/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

**Order of Discharge**